ACCEPTED
03-15-00496-CV
8004488
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 9:43:59 AM
JEFFREY D. KYLE
CLERK

Case No. 03-15-00496-CV

<table>
<tr><td>COURT OF APPEALS<br>THIRD DISTRICT OF TEXAS<br>AT AUSTIN, TEXAS</td><td>FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>11/30/2015 9:43:59 AM<br>JEFFREY D. KYLE<br>~~Clerk~~</td></tr>
</table>

**STEVEN C. ALBRIGHT AND RHONDA ALBRIGHT,**

*Appellants*

v.

**RHEA & SONS ENTERPRISES, INC. D/B/A RHEA PLUMBING,**

*Appellee.*

*On Appeal from Cause No. 17573A*
*424th Judicial District Court of Llano County, Texas*
*Hon. Allan Garrett, Presiding*

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELEE'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Appellee Rhea & Sons Enterprises, Inc. d/b/a Rhea Plumbing files this Unopposed Motion for Extension of Time to file its Appellee's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show the Court the following:

1.     Appellee's Brief is due Friday, December 4, 2015.

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION**                    **Page 1**

2.    Appellee respectfully requests a 30-day extension of its deadline. If permitted, its brief would be due on Monday, January 4, 2016.

3.    Appellants were previously granted an unopposed 30-day extension on their brief, originally due on October 4 and timely filed on November 4, 2015.

4.    Appellee has worked diligently to prepare its brief but has also been preoccupied with several matters since Appellants' Brief was filed, including without limitation the following:

    a. Taking over as defense counsel in an ongoing federal action—*Jimenez et al. v. Vyhnalek Trucking et al.*, pending in the United States District Court for the Western District of Texas as Civil No. 1:15-CV-025-LY—that required immediate attention for matters including without limitation multiple avenues of investigation of all damages claims, responding to multiple pending discovery requests, locating and communicating with a defendant at previously-unknown location to avoid a default judgment, evaluating a demand, and initially organizing and preparing for depositions of eight different parties.

    b. Being retained as defense counsel in a presuit trucking accident requiring immediate scene investigation and preservation of evidence, and initial evaluation of potential claims and damages.

    c. November 4–5: Preparation for and hearing on multiple motions in *Emile Jamail Properties, Inc. v. Cheryl Ogle et al.*, pending in the 98th Judicial District Court of Travis County, Texas as Cause No. D-1-GN-14-005051.

    d. November 13: Attending a mandatory Firm retreat in Dallas.

e. November 16: Preparation for, travel to and from, and taking the deposition of the co-defendant in San Antonio, in *Pamela Jordan v. Jose Quiroz et al.*, pending in the 126th Judicial District Court of Travis County, Texas as Cause No. D-1-GN-15-000902.

f. November 18: Preparation for, travel to and from, and taking the deposition of the co-defendant in Brownwood, in *Roy Matthew Pannell v. Keifer James King et al.*, pending in the 35th Judicial District Court of Brown County, Texas as Cause No. CV-1401004.

g. November 19–20: Meeting with client, preparation for, and defending the deposition of client, in *Pamela Jordan v. Jose Quiroz et al.*, pending in the 126th Judicial District Court of Travis County, Texas as Cause No. D-1-GN-15-000902.

h. November 23: Preparing for a hearing unilaterally-set by the opposing party with no conferral, in *Progressive County Mutual Insurance Company v. Vintage Legacy Lakes National, LP, Individually and d/b/a The Vintage at Legacy Apartments*, pending in the Justice Court, Precinct 1, Position 2, Harris County, Texas as Cause No. CV12C0143996. (This hearing was eventually passed by the opposing party, but not until the morning it was to be held.)

i. December 1–4: Preparation for, travel to and from, and taking the deposition of six plaintiffs in Dallas, in *Jimenez et al. v. Vyhnalek Trucking et al.*, pending in the United States District Court for the Western District of Texas as Civil No. 1:15-CV-025-LY.

Appellee further seeks this extension because undersigned counsel was also preoccupied with making preparations for and hosting out-of-town guests over the Thanksgiving holiday.

5.    This is Appellee's first request for an extension of any deadline in this appeal.

6.    This motion is not made for purposes of delay, but so that justice may be done.

7.    In summary, Appellee requests that its deadline to file its Appellee's Brief be extended by 30 days to Monday, January 4, 2016.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

_____
**BRET A. SANDERS**
State Bar No. 24033152
**JEFFREY D. BOYD**
State Bar No. 24069404
1801 South MoPac Expressway, Suite 320
Austin, Texas 78746
(512) 479-8400
(512) 479-8402 (Fax)
bsanders@feesmith.com
jboyd@feesmith.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE AND COMPLIANCE

I conferred with counsel for the Appellants on November 30, 2015, and he does not oppose the extension requested in this Motion. This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes.

_____
**BRET A. SANDERS**
**JEFFREY D. BOYD**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied, emailed, or hand-delivered to all attorneys of record in this cause of action on the 30th day of November, 2015.

*Via Facsimile*
G. Eric De Leon
Law Office of G. Eric De Leon, PLLC
8700 Crownhill Blvd., Ste. 201
San Antonio, TX 78209
(210) 247-9631 (Fax)
*Appellate and Trial Counsel for Appellants*

_____
**BRET A. SANDERS**
**JEFFREY D. BOYD**